# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 373 MAL 2023

        Respondent            :

                                     :   Petition for Allowance of Appeal
                                     :   from the Order of the Superior Court

        v.                      :

JOSHUA AARON MONIGHAN,          :

        Petitioner             :

## ORDER

**PER CURIAM**

     **AND NOW**, this 9th day of January, 2024, the Petition for Allowance of Appeal is **DENIED**.

     Justice McCaffery did not participate in the consideration or decision of this matter.